UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND AND
THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
Plaintiffs,

against

METROSTATE HOSPITALITY CORP.
D/B/A HOLIDAY INN AND CONFERENCE CENTER,
Defendant.

07 CV 3454

NO. _____

JUDGE CHIN

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for <u>The Trustees of the UNITE HERE National Health Fund and The Trustees of the UNITE HERE National Retirement Fund</u> certifies that the UNITE HERE National Health Fund has no corporate parents, subsidiaries or affiliates. The UNITE HERE National Retirement Fund certifies that other than the ALICO Services Corp., a holding company system, it has no corporate parents, subsidiaries or affiliates.



RECEIVED
MAY 0 1 2007
U.S.D.C. S.D.N.Y.
CASHIERS

April 30, 2007
Date

Mark Schwartz, Esq. — MS 0148