

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE TRUSTEES OF THE UNITE HERE              Index No. 07 CV 3454
NATIONAL HEALTH FUND AND THE                JUDGE CHIN
TRUSTEES OF THE UNITE HERE NATIONAL         **AFFIDAVIT OF SERVICE**
RETIREMENT FUND,
           Plaintiff(s),
     -against-
METROSTATE HOSPITALITY CORP.
D/B/A HOLIDAY INN AND CONFERENCE
CENTER,
           Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK   )
            S.S.:
COUNTY OF NEW YORK)

**TIMOTHY M. BOTTI**, being duly sworn, deposes and says:

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made, and is employed by the attorney service, DLS, INC.

That on the 4th day of May 2007, at approximately 11:25 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** upon Metrostate Hospitality Corp. d/b/a Holiday Inn and Conference Center at 50 Kenny Place, Saddle Brook, NJ 07663, by personally delivering and leaving the same with Joe Huang, Vice President and General Manager, who informed deponent that he is an officer authorized by law to receive service at that address.

Joe Huang is a Asian male(tan), approximately 46 years of age, stands approximately 5 feet 10 inches tall, and weighs approximately 175 pounds with black/gray hair and dark eyes.

_____
TIMOTHY M. BOTTI #843358

Subscribed and sworn to this
8th day of May, 2007

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 2008

_____
NOTARY PUBLIC