UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND AND
THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
            Plaintiffs,

against

METROSTATE HOSPITALITY CORP.
D/B/A HOLIDAY INN AND CONFERENCE CENTER,
            Defendant.

NOTICE OF DISMISSAL
PURSUANT TO RULE 41(A)
07 Civ. 3454 (DC)

---

SIRS:

**PLEASE TAKE NOTICE**, that The Trustees of the UNITE HERE National Health Fund and The Trustees of the UNITE HERE National Retirement Fund (hereinafter, the "Plaintiffs"), having commenced the within action by filing the Summons and Complaint on May 1, 2007, and a copy of the Summons and Complaint having been served on Metrostate Hospitality Corp., D/B/A Holiday Inn and Conference Center (hereinafter, the "Defendant"), and no Answer, Counterclaim nor Motion for Summary Judgment having been served by the Defendant, and it being the Plaintiffs' intention to voluntarily dismiss this action without prejudice;

**THEREFORE**, pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, the within action is hereby voluntarily dismissed without prejudice.

Dated: June 1, 2007
      New York, New York

                                                Mark Schwartz, Esq. – MS 0148
                                                Attorney for Plaintiffs
                                                730 Broadway, 10th Floor
                                                New York, New York 10003-9511
                                                (212) 539-5275

**SO ORDERED:**

_____
Denny Chin
United States District Court Judge

6/11/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/07